UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re DEANNA M. GREEN,

                    Debtor.

Case No. 8-19-75516-ast

Chapter 7

----------------------------------------------------------------X

LONG ISLAND MINIMALLY
INVASIVE SURGERY, P.C.,
d/b/a NEW YORK BARIATRIC
GROUP,

                    Plaintiff-Creditor,

      -against-

DEANNA M. GREEN,

                    Defendant-Debtor.

**JOINT DISCOVERY CONTROL PLAN**

Adv. Proc. No. 8-19-08144-ast

----------------------------------------------------------------X

        Plaintiff, LONG ISLAND MINIMALLY INVASIVE SURGERY P.C. d/b/a NEW YORK BARIATRIC GROUP, via its attorneys, Weinstein, Kaplan & Cohen, P.C., and defendant, DEANNA M. GREEN, through her attorney, Jeffrey Arlen Spinner, Esq., respectfully submit the following Joint Discovery Control Plan:

        1.      Rule 26 Disclosures: No Rule 26 disclosures have been served at this time.

        2.      Expert Witnesses: Neither plaintiff nor defendant intend to call an expert witness at this time.

        3.      Discovery Completion Date: It is anticipated that all discovery will be completed by September 30, 2020.

        4.      Trial Duration: Plaintiff and defendant do not anticipate this trial taking

more than three (3) days to complete.

    5.    <u>Proposed Trial Date</u>: On or after November 30, 2020.

Dated: Garden City, New York
       June 29, 2020

                        WEINSTEIN, KAPLAN & COHEN, P.C.
                        Attorneys for Plaintiff-Creditor

                        By: _____
                           DANIELE D. DE VOE (DD3768)
                    1325 Franklin Avenue, Suite 210
                    Garden City, NY 11530
                    (516) 877-2525

                    Jeffrey Arlen Spinner
                    Attorney for Defendant-Debtor

                    By: _____
                         JEFFREY ARLEN SPINNER (JAS2178)
                    35 Pinelawn Road, Suite 106E  P.O. Box 691
                    Melville, NY 11747  Stony Brook NY 11791
                    (631) 830-9119